# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-2419
Lower Tribunal No. 2024-SC-016166

_____

SAMANTHA AMOY GARDNER FORRESTER,

Appellant,

v.

CHIC HAIR DESIGNS, LLC,

Appellee.

_____

Appeal from the County Court for Orange County.
Cherish Adams, Judge.

July 18, 2025

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

NARDELLA, MIZE and GANNAM, JJ., concur.


Samantha Amoy Gardner Forrester, Orlando, pro se.

Wayne C. Golding, Sr., of The Golding Law Group, PLC, Orlando, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED